## THIRD DISTRICT.

Alvin W. Ahrens, appellee, v. Caroline C. Lutz et al., appellees. Kline Brothers Company, appellant. Gen. No. 9,092.

Opinion filed January 17, 1938. Rehearing denied April 5, 1938.

Trapp & Trapp, for appellant. Fred I. Edgell, for certain appellee. Brown, Hay & Stephens and Edwin C. Mills, for certain other appellees; Paul W. Gordon, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

## FOURTH DISTRICT.

Lena Wolf, appellant, v. Emil Hohlt et al., appellees.

Opinion filed March 9, 1938.

Thomas P. Moore and Turner, Holder & Ackermann, for appellant. Felsen & McMurdo, for appellees; L. H. Degnan, of counsel.

Mr. Presiding Justice Stone delivered the opinion of the court.

L. V. Knepper and E. E. Cornwell, appellees, v. Security Insurance Company of New Haven, Conn., appellant.

Opinion filed March 9, 1938. Rehearing denied April 15, 1938.

Ward P. Holt and Samuel Levin, for appellant. Harry F. Johnson, for appellees.

Mr. Justice Murphy delivered the opinion of the court.